UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. HALL,<br><br>    Plaintiff,<br><br>    v.<br><br>J. MACOMBER, et al.,<br><br>    Defendants. | No. 2:16-cv-2106-MCE-EFB P<br><br><br>ORDER |

Plaintiff proceeds without counsel in an action brought under 42 U.S.C. § 1983. He requests a twenty-one-day extension of time to file an amended complaint. ECF No. 14. He also requests permission to file documents with the court electronically. ECF No. 15.

Local Rule 133(b)(2) provides that, "Any person appearing pro se may **not** utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge. *See* L.R. 133(b)(3). All pro se parties shall file and serve paper documents as required by applicable Federal Rules of Civil or Criminal Procedure or by these Rules." Plaintiff seeks permission to electronically file so that his amended complaint will be on time. This concern can be addressed by allowing plaintiff additional time to file his amended complaint. Accordingly, the court will allow plaintiff another thirty days within which to file his amended complaint and deny the request for permission to file electronically.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 14) is granted. Plaintiff shall file an amended complaint no later than thirty days from the date of this order. Failure to comply with this order may result in a recommendation of dismissal.

2. Plaintiff's request for permission to file electronically (ECF No. 15) is denied.

Dated: June 4, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE